UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY MINEAR, | 1:10-cv-00901-DLB (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 1) |
| v. | |
| WARDEN, TAFT FCI, et al., | ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| Defendants. / | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to *Bivens vs. Six Unknown Agents*, 403 U.S. 388 (1971). Plaintiff has submitted an application to proceed in forma pauperis, however, the application is not signed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  May 21, 2010           /s/ Dennis L. Beck
                               UNITED STATES MAGISTRATE JUDGE